**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SCOTT SCHLESINGER, M.D. and
KELLI SCHLESINGER, M.D.**                                    **PETITIONERS**


**VS.**                              **4:22-CV-001021-BRW**

**GLENDA HAGOOD**                                                **RESPONDENT**

<u>**ORDER**</u>

  Pending is Petitioner's Expedited Petition to Enforce Subpoena, pursuant to 9 U.S.C. § 7

is GRANTED.

  Accordingly, Respondent must produce the documents requested by Arbitrator Hon.

Christopher M. Skelly's subpoena within 14 days after being served with an Order from this

court. Failure to do so may result in a show cause hearing.

  Petitioners are responsible for providing Ms. Hagood a copy of this order.

  This case is closed.

  IT IS SO ORDERED this 21st day of October, 2022.

       _____BILLY ROY WILSON_____
       UNITED STATES DISTRICT JUDGE