IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SCOTT SCHLESINGER, M.D., et al.**                                                                                          **PETITIONERS**

VS.                                                    4:22-CV-001021-BRW

**GLENDA HAGOOD**                                                                                                                     **RESPONDENT**

<u>ORDER</u>

Pending is Petitioners' Motion to Seal Case and Dismiss (Doc. No. 7). On October 21, 2022, Petitioners filed an Expedited Petition to Enforce Subpoena.[1] I granted the motion on that same day.[2] On October 31, 2022, Respondent filed her Answer to Petitioner's Expedited Motion.[3] On November 10, 2022, Petitioners filed a Motion to Compel.[4] Petitioners contend that the petition, answer, and motion to compel contain information defined as "confidential information" in the Agreed Protective Order executed in the underlying arbitration proceeding in this case.[5] Petitioners request that the sections titled "Nature of the Action", "Facts," and all exhibits in the petition, the exhibits attached to Respondent's answer, and portions of the motion to compel be sealed.[6] Additionally, Petitioners contend that all available relief has been granted in this case and request that the case be dismissed. All parties agree with the proposed redactions and the dismissal of the case.[7]

For good cause shown, the motion is GRANTED. Accordingly, the Clerk of the Court is ordered to seal Doc. Nos. 1, 3, and 4, and allow the parties to submit and file the redacted documents. The parties are directed to file the redacted documents within 5 days from the date of entry of this Order. The case is dismissed.

IT IS SO ORDERED this 28th day of November, 2022.

BILLY ROY WILSON<br>
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 1.

[2] Doc. No. 2.

[3] Doc. No. 3.

[4] Doc. No. 4.

[5] Doc. No. 7.

[6] *Id.*

[7] *Id.*